IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES JONES**, <br><br> Plaintiff, <br><br> v. <br><br> **SUPERINTENDENT SORBU, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 20-5270-KSM** |

## ORDER

**AND NOW**, this 3rd day of February, 2021, upon consideration of Plaintiff's Motion for Injunctive Relief (Doc. No. 6) and Defendant Superintendent Jamie Sorber's response in opposition thereto (Doc. No. 14), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that Jones's Motion is **DENIED**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.