IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES JONES, | : | Honorable Karen S. Marston |
| Plaintiff | : | |
| v. | : | No. 20-5270 |
| SUPERINTENDENT SORBER, et al., | : | |
| Defendants | : | Filed Via Electronic Case Filing |

MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests leave of Court to withdraw his appearance in this matter pursuant to Local Rule 5.1(c), and avers the following:

1. On October 21, 2020, the Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 against Superintendent Sorber (incorrectly identified as "Sorbu"). See Doc. 2. An amended complaint was filed on November 23, 2020. See Doc. 5.

2. Shortly thereafter, on December 11, 2020, Plaintiff filed a motion for injunctive relief. See Doc. 6.

3. On December 16, 2020, this Court issued an order directing that Plaintiff's motion for injunctive relief be served upon Defendant Sorber, and that a response be filed within 14 days. See Doc. 7.

4. On January 26, 2021, the undersigned entered his appearance for the limited purpose of responding to the injunction request; that response was filed the same day. See Docs. 13, 14.

5. On February 3, 2021, this Court issued a memorandum opinion and order denying Plaintiff's request for injunctive relief. See Docs. 17-19.

6. On January 28, 2022, this Court issued an order directing a response to the amended complaint, and later directed that pleading and requests for waivers to be served upon the named Defendants. See Docs. 32, 33.

7. Earlier today, pursuant to case referral procedures established by the Commonwealth Attorney's Act, Attorney Skolnik from the Office of Attorney General entered his appearance on behalf of Defendant Sorber.

8. Because Attorney Skolnik from the Office of Attorney General will be capably assuming representation of the Corrections Defendants in this matter, the undersigned respectfully requests leave to withdraw his appearance.

WHEREFORE, the undersigned respectfully requests leave to withdraw his appearance from this matter.

Respectfully submitted,

Office of General Counsel

Joseph G. Fulginiti, Assistant Counsel
Attorney ID No.: 208039
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050
Phone No.: (717) 728-7763
Fax No.: (717) 728-0307
E-mail: josfulgini@pa.gov

Date: March 4, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES JONES, | : | Honorable Karen S. Marston |
| Plaintiff | : | |
| v. | : | No. 20-5270 |
| SUPERINTENDENT SORBER, et al., | : | |
| Defendants | : | Filed Via Electronic Case Filing |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing filing was served upon the individual indicated below by First Class Mail, addressed as follows:

Smart Communications/PA DOC
James Jones, AM-8359
SCI-Phoenix
PO Box 33028
St. Petersburg, FL 33733

Matthew Skolnik, Esq.
Caitlin Goodrich, Esq.
By ECF

Angela Basehore
Legal Assistant
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050
Phone No.: (717) 728-7763

Date: March 4, 2022