IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES JONES**, <br><br> Plaintiff, <br><br> *v.* <br><br> **SUPERINTENDENT SORBU, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 20-5270-KSM** |

## ORDER

**AND NOW**, this 18th day of October, 2022, upon consideration of Plaintiff's Motion to Compel (Doc. No. 94) and Defendants' Response in Opposition to Plaintiff's Motion to Compel (Doc. No. 96), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART**. It is further ordered as follows:

1. Defendants shall **RESPOND** to Interrogatory Number 7 with information regarding whether Defendants Sorber, Grenevich, or Terra have *ever* been "sanctioned in any form for a violation of policy" relating to the provision of medical treatment to inmates no later than **November 1, 2022**.

2. Defendants shall **RESPOND** to Interrogatory Number 9 with information on the types of grievances filed against Defendants Sorber, Grenevich, or Terra from October 1, 2017 through October 31, 2020, no later than **November 1, 2022**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**